UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOWNE MORTGAGE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:13-cv-01796-SEB-MJD |
| DEBBIE SUNSHINE, | ) |
| SUNLAND APPRAISAL SERVICES, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT AND ORDER**

Based on the above Stipulation of the parties, and the Court being otherwise advised in the premises, IT IS HEREBY ADJUDGED AND ORDERED that Defendants Debbie Sunshine and Sunland Appraisal Services are hereby found liable for the claims of Plaintiff in this case, those being Count I of the Complaint, Breach of Contract, and Count III of the Complaint, Professional Negligence. Defendants are jointly and severally liable to Plaintiff Towne in the amount of $85,365.28. However, this judgment SHALL NOT BE ENFORCED against Sunshine and/or Sunland or their assets, OTHER THAN against any sums, monies, policy proceeds, benefits, rights, damages, and/or other claims permissible, allowable, due, owing, payable and/or available to Sunshine and/or Sunland pursuant to any and all real estate appraisers errors and omissions liability insurance policies to which Sunshine and/or Sunland are or were parties to, including, but not limited to, Policy Number NJA997581B entered into by and between Debra Kay Sunshine and General Star National Insurance Company on or about February 13, 2008, and Policy Number PH13RAL109044IV, renewing Policy Number PH12RAL109044IV,

entered into by and between Debra Kay Sunshine and Navigators Insurance Company on or about May 24, 2013.

**SO ORDERED.**

Date: __6/13/2014__    _____
                                          SARAH EVANS BARKER, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distribution:

Jonathan Tappan
JONATHAN W. TAPPAN, PLLC
tappanj@comcast.net

Richard A. Cook
YOSHA COOK SHARTZER & TISCH
rcook@yoshalaw.com